The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH HOLO MASELLE, <br><br> Plaintiff, <br><br> v. <br><br> TRACY RENAUD, Acting Director, United States Citizenship and Immigration Services, <br><br> Defendant. | Case No. 2:21-cv-00707-TSZ <br><br> JOINT MOTION FOR ADMINISTRATIVE STAY OF CASE AND ORDER |

**JOINT MOTION FOR ADMINISTRATIVE STAY**

The Parties jointly move the Court for an administrative stay of this matter, and agree that any further requirements for service, pleadings, responsive pleadings, or answers should be suspended until completion of the process described below:

1. On May 28, 2021, Plaintiff Elizabeth Holo Maselle filed a Complaint, Dkt. 1, seeking declaratory and injunctive relief under the Administrative Procedure Act asking this Court to set aside the United States Citizenship and Immigration Services' (USCIS) decision to deny Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status (Form I-485).

JOINT STIPULATION TO STAY AND ORDER
2:21-cv-00707-TSZ
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. On July 26, 2021, USCIS reopened Plaintiff's Form I-485, thus vacating the decision that Plaintiff is currently challenging in this litigation. USCIS has also reopened and approved Plaintiff's I-765 application for interim employment authorization.

3. By August 6, 2021, USCIS will issue a Request for Evidence (RFE) over this now-pending I-485 application. Plaintiff's response will be due 87 days from the date of the RFE. Plaintiff intends to respond to the RFE and USCIS will render a new decision on Plaintiff's I-485 application thereafter.

4. If USCIS's new decision grants Plaintiff's Form I-485, Plaintiff will voluntarily dismiss the case. If USCIS's new decision does not grant Plaintiff's Form I-485, the Parties agree that Plaintiff should be granted leave to amend her Complaint to include the new decision as the basis for any requested relief. In this case, the Parties agree that Plaintiff should have 60 days following the issuance of USCIS's new decision to file an Amended Complaint, if any.

5. For the foregoing reasons the Parties jointly stipulate that there is good cause for an administrative stay in this litigation, and a suspension of all deadlines, until 60 days after USCIS issues a new decision on Plaintiff's Form I-485. The Parties propose to provide this Court with an update as to the status of this litigation within 30 days after USCIS issues a new decision on Plaintiff's Form I-485.

//
//
//
//
//
//
//
//
//
//
//

JOINT STIPULATION TO STAY AND ORDER
2:21-cv-00707-TSZ
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 2nd day of August, 2021.

| | |
|---|---|
| BECKNER IMMIGRATION LAW, PLLC | TESSA M. GORMAN<br>Acting United States Attorney |
| *s/ Kelsey Beckner*<br>KELSEY BECKNER, WSBA # 49090<br>4444 Woodland Pak Avenue N., Suite B101<br>Seattle, WA 98103<br>360-602-1570<br>kbeckner@becknerimmigration.com | *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Tel:   (206) 553-7970<br>Fax:   (206) 553-4073<br>Email: katie.fairchild@usdoj.gov |
| *Counsel for Plaintiff* | *Attorneys for the Defendant* |

WASDEN BANIAS, LLC

*s/ Geoffrey Forney*
GEOFFREY FORNEY
411 West Ellet Street
Philadelphia, PA 19119
202-615-8315
geoff@wasdenbanias.com

*Pro Hac Vice Attorney for Plaintiff*

JOINT STIPULATION TO STAY AND ORDER
2:21-cv-00707-TSZ
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 4th day of August, 2021.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

JOINT STIPULATION TO STAY AND ORDER
2:21-cv-00707-TSZ
PAGE– 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970